Case 1:08-cv-00394-LMB-JFA Document 1 Filed 04/24/08 Page 1 of 6 PageID# 1



Dale-Allen; Keenhold, Pro Per
A Sovereign Christian man on the land
Petitioner and Party of Interest
U.S.P.O. Postmaster
Box 5353
Fredericksburg, Republic of Virginia

PETITION IN SUPPORT OF WRIT
OF HABEAS CORPUS AT LAW

# IN THE UNITED STATES DISTRICT COURT
# THE EASTERN DISTRICT OF VIRGINIA IN RICHMOND
# UNITED STATES COURTHOUSE
# 1000 EAST MAIN STREET, RICHMOND, VIRGINIA 23219

| | |
|---|---|
| Theola-Jane; Hunter,<br>    Plaintiff,<br><br>Vs.<br><br>Theodore F. Johnson,<br>Stafford County Magistrate,<br>    Respondent,<br><br>Sarah L. Deneke,<br>Stafford County Associate Judge,<br>    Respondent,<br><br>Joseph Higgs, Jr.,<br>Superintendent,<br>Rappahannock Regional Jail,<br>    Respondent,<br><br>Charles E. Jett,<br>Stafford County Sheriff,<br>    Respondent,<br><br>Dale-Allen; Keenhold, Pro Per,<br>  Party of Interest and Petitioner, | **PETITION IN SUPPORT OF WRIT OF HABEAS CORPUS AT LAW**<br><br>**ARTICLE III COURT DEMANDED**<br><br>CASE NO: _____<br>(Formerly Case Nos. T08-2580 & T08-2581, et al,<br>In the General District Court of Stafford County, Virginia 22555 |

## PETITION IN SUPPORT OF WRIT OF HABEAS CORPUS AT LAW

### TO THE HONORABLE, THE JUDGES OF THE AFORESAID COURT:

AND NOW COMES: Your Petitioner and Party of Interest, Dale-Allen; Keenhold, Pro Per,

is a Sovereign Christian man on the land and one of the many people of the Republican Nation of Virginia; opening this Court at law too Petition this Honorable Court for a Writ of Habeas Corpus at law, on behalf of the Plaintiff, **Theola-Jane; Hunter**; a Sovereign Christian woman on the land; as a matter of right with jurisdiction and venue being provided for by virtue of the Constitution of the united States of America. There is no other plain, speedy, or adequate remedy at law.

The civil courts are not being disturbed. There is no rebellion or insurrection in the country and there are no troops in the street. The public takes no interest in this matter and has not shown any interest or reacted to this situation and the public has naught to be served or gained by the incarceration of this Plaintiff. At best, the most profound purpose for incarcerating an individual, is to protect the public from injury. The Plaintiff is a sovereign, a Christian woman on the land and a member of the public. The Plaintiff has every right to expect this Court to protect her from the potential threat of personal bodily injury while incarcerated and the threat of persecution, collectively by the Respondents.

**WHEREFORE PETITIONER AVERS:**

1. That the Plaintiff, **Theola-Jane; Hunter**; is being unlawfully restrained of her freedom and liberty by virtue of her incarceration into the Rappahannock Regional Jail, located at: 1745 Jefferson Davis Highway, Stafford, Virginia 22555. The Plaintiff's unalienable and constitutional rights to life, liberty and the pursuit of happiness, has been abridged, limited and prohibited collectively at the behest of the Respondents named in the heading. The Plaintiff's liberty, movement and freedom to absent herself or to remain in any place of her own volition, has been severely compromised by the Respondents. Using the threat of force to their advantage and the implication conveyed by virtue of their employment is that

employment is that physical force will be used. Rules are designed intimidate inmates and make them subservient to their keepers. When the Plaintiff is not incarcerated she remains mentally and physically restrained and threatened that she will be incarcerated to serve her suspended sentences for non-payment of fines and costs.

2. The Plaintiff's recent incarceration is by virtue of her legal fiction having been arrested for two violations of the Virginia Motor Vehicle Code. These offenses are categorized under American Jurisprudence as *malum prohibitum,* meaning that no member of the public was injured in his person or property and therefore a conviction should not have caused the Plaintiff's imprisonment. Virginia Motor Vehicle laws violate Constitutional guarantees promised to "We the People" of all the Republican Nation States. One such guarantee involves the absolute right to interstate travel uninhibited. Prior to 1933, that was the law based wholly upon the Constitution. No driver licenses, age requirements, registration plates or inspection laws existed.

3. The Corporate State of Virginia certainly has every right to regulate commerce but when the legislature intentionally violates the restrictions placed upon government, and the guarantees promised to the people, by the Constitution of the united States of America; it is the Courts obligation to strike down that system of law as being unconstitutional and with the same stroke of the pen; discharge with prejudice, all charges against the Plaintiff, **Theola-Jane; Hunter**; who has been victimized by the Respondents and placed under constant duress and restraint of her liberty by their unlawful acts since the year 2005.

4. The Virginia Motor Vehicle Code sections levied against the Plaintiff in the instant case and described in the attached affidavit; were enhanced by the arresting officer on the strength of a previous offense wherein the Plaintiff had been accused of Driving While Intoxicated. That offense was treated as a crime, rather than as a civil violation; and despite the lack of

injury to persons or property, the Plaintiff was found guilty and sentenced to jail. That offense occurred three years ago, on or about March 10, 2005. Since that date, the conviction and the sentence handed down by Judge Deneke, continues to loom over the Plaintiff's head, like a black cloud; virtually controlling her life and restricting her ability to work, to run errands, to keep appointments, to visit family or friends and to generally manage her life. The only difference between receiving a suspended sentence verses incarceration; is the threat of physical force that can be employed by other prisoners or jail personnel. During the last three years the Plaintiff's right to life, liberty, the pursuit of happiness and her right to travel uninhibited upon the roadways of the Republic, has been severely restricted without compromise. The Plaintiff has been forced to suffer public embarrassment, humiliation and job discrimination because of this criminal record. The Plaintiff's is forty-years-old and her record only reflected an Honorable Discharge from the U.S. Air Force. She is a college graduate, graduating in the top ten percent of her class and has had no crimes or offenses ever charged against her, until she moved to Virginia. Within three years, the Plaintiff now has a criminal record, two commitments in jail and she is indefinitely deprived of her liberty.

5. All of Virginia's Motor Vehicle Codes are being visited and enforced upon the public side, by the Respondents, who treat these unconstitutional acts as criminal law rather than what they really are, private civil laws of Virginia. In the General District Court, an officer need only provide evidence that is the equivalent of *mens rae*. Culpability is not an issue and proof beyond a reasonable doubt, is not essential. That might be sufficient for a minor inspection violation however, ninety-nine percent of every Virginia Motor Vehicle Code section is graded as a misdemeanor class offense, bringing with it penalties comparatively equal to that of other statutory crimes and offenses. Their citations, warrants, bail and trial, violate every

due process guarantee found within the Constitution of the united States of America. On April 1, 2008; and on other previous occasions; **Theola-Jane; Hunter;** was convicted of the instant case and sentenced to jail. I'm not certain of the full sentence handed down by Judge Deneke. Part of the sentence was for the Plaintiff to serve (15) fifteen days in jail. No injury or property damage occurred, or erratic driving and no intoxication alleged. The Plaintiff's crime was that she had to pick up her son from his daycare and could not locate someone to drive her.

6. The legislature of the Corporate Nation State of Virginia, are perhaps more responsible for intentionally perfecting a fraud upon an unsuspecting public, through their expert use of adhesion contracts, duplicitous words and an effective use of propaganda. I submit that these clever manipulations do not change a thing. No authority, venue or jurisdiction can exist that lawfully gives or permits any of these official thugs and traitors the right to violate the Constitution of the united States of America, or allow them to impose their will upon the Plaintiff, **Theola-Jane; Hunter**, a sovereign Christian woman of the land. Each day these Respondents usurp their authority over the public side, to revisit and enforce these injustices, they breach their Oath of Office and that alone qualifies them as thugs and traitors! May God have mercy upon their Souls.

7. Your Petitioner cannot obtain certified copies of the Plaintiff's records. The best evidence he can obtain and furnish to this Court are the documents attached to the Petitioner's affidavit. Your Petitioner is not a Lawyer nor can he afford to employ one to assist him in this matter.

**WHEREFORE;**

Your Petitioner respectfully petitions this Honorable Court to grant relief of these injustices on behalf of the Plaintiff, **Theola-Jane; Hunter;** by the immediate issuance of a Writ of Habeas Corpus.

Respectfully submitted,

By: _Dale-Allen; Keenhold_  14 April 08
Dale-Allen; Keenhold - Pro Per     ( date )
a Sovereign Christian man on the land
Party of Interest and Petitioner